# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

KING VISION PAY PER VIEW, LTD.
V.
EDMUNDO CUELLO, et al.

Case Number:

FILED: MAY 06, 2008
08CV2583        TC
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KING VISION PAY PER VIEW, LTD.

| NAME (Type or print) |
| --- |
| Zane D. Smith |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Zane D. Smith |

| FIRM |
| --- |
| Zane D. Smith & Associates, Ltd. |

| STREET ADDRESS |
| --- |
| 415 N. LaSalle Street - Suite 300 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06184814 | 312-245-0031 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |