AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KING VISION PAY PER VIEW, LTD.,

CASE NUMBER: 08 CV 2583

V.

ASSIGNED JUDGE:

Edmundo Cuello, indv. and d/b/a The Cocktail Bar, Inc., d/b/a Fuggedaboudit and The Cocktail Bar, Inc., d/b/a Fuggedaboudit

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Edmundo Cuello
7001 W. 16th Street
Berwyn, Illinois 60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

J. Cervantes

**(By) DEPUTY CLERK**



May 6, 2008

Date

08CV2583
EDMUNDO CUELLO

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date 5/20/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein  EDMUNDO CUELLO c/o MARIA CUELLO

Name of Person with whom the summons and complaint were left: 7001 W. 16th St. Berwyn IL 60402

☐ Return unexecuted: _____

☐ Other specify: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  5/20/08
Date

Signature of Server  *Kevin McWilliams*

c/o Metro Service Inc.  4647 W 103rd St
Address of Server         Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.