# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

King Vision Pay Per View, Ltd.

                                Plaintiff,

v.                                         Case No.: 1:08−cv−02583

                                         Honorable Joan H. Lefkow

Edmundo Cuello, et al.

                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held and continued to 7/22/2008 at 9:30 A.M. Plaintiff's counsel reports that he will be filing and noticing a motion for default for 7/22/2008. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.