I.D. 06184818                                              File No. 3900-029

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| KING VISION PAY PER VIEW, LTD., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 08 C 2583 |
| EDMUNDO CUELLO, individually and d/b/a | ) | |
| THE COCKTAIL BAR, INC., d/b/a | ) | |
| FUGGEDABOUDIT and THE COCKTAIL | ) | |
| BAR, INC., d/b/a FUGGEDABOUDIT | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR DEFAULT

NOW COME the Plaintiff, KING VISION PAY PER VIEW, LTD., by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and respectfully requests that this Court enter an order of default judgment against Defendants, EDMUNDO CUELLO, individually and d/b/a THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT and THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT, and in support thereof, states as follows:

1.      On May 20, 2008 EDMUNDO CUELLO, individually and d/b/a THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT and THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT were  served with summons and complaint in this matter (*A copy of the Returns  of Service are attached hereto as Exhibit "A"*).

2.      As of the date of the filing of this motion, Defendants, EDMUNDO CUELLO, individually and d/b/a THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT and THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT, have  failed to file an appearance and/or answer in this matter.

WHEREFORE, Plaintiff, KING VISION PAY PER VIEW, LTD., pray this Honorable Court enter an order of default judgment against Defendant, EDMUNDO CUELLO, individually and d/b/a THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT and THE COCKTAIL BAR, INC., d/b/a

1

FUGGEDABOUDIT and set this matter for a prove up against Defendant, EDMUNDO CUELLO, individually and d/b/a THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT and THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT and for any additional relief this Court deems just.

s/Zane D. Smith
Zane D. Smith

## CERTIFICATE OF SERVICE

I, Zane D. Smith, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on July 14, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

//s/ Zane D. Smith
Zane D. Smith

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031
(312) 245-0022 - Fax

2

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

KING VISION PAY PER VIEW, LTD.,

V.

Edmundo Cuello, indv. and d/b/a The Cocktail
Bar, Inc., d/b/a Fuggedaboudit and The Cocktail
Bar, Inc., d/b/a Fuggedaboudit

CASE NUMBER: 08 CV 2583

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Edmundo Cuello
7001 W. 16th Street
Berwyn, Illinois  60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**May 6, 2008**

**Date**



08CV 2583
EDMUNDO CUELLO

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | | Date | 5/20/08 |
|---|---|---|---|
| NAME OF SERVER (PRINT)  Kevin McWilliams | | TITLE  Investigator | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☒ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein  EDMUNDO CUELLO & MARIA CUELLO

Name of Person with whom the summons and complaint were left:  7001 W. 16th St. Berwyn
IL 60402

☐ Return unexecuted: _____

_____

_____

☐ Other specify: _____

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  5/20/08
Date

_Kevin McWilliams_
Signature of Server

c/o Metro Service Inc.  4647 W 103rd St
Address of Server          Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KING VISION PAY PER VIEW, LTD.,

CASE NUMBER: *08 CV 2583*

V.

ASSIGNED JUDGE:

Edmundo Cuello, indv. and d/b/a The Cocktail
Bar, Inc., d/b/a Fuggedaboudit and The Cocktail
Bar, Inc., d/b/a Fuggedaboudit

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

The Cocktail Bar, Inc., d/b/a Fuggedaboudit
c/o Edmundo Cuello
7001 W. 16th Street
Berwyn, Illinois  60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610

an answer to the complaint which is herewith served upon you, within _____ **20** _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*J.Cervantes*

**(By) DEPUTY CLERK**

**May 6, 2008**

**Date**



08CV 2583

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | Date | 5/20/08 |

| NAME OF SERVER *(PRINT)*   Kevin McWilliams | TITLE   Investigator |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

_____

_____

☒ Other specify:  *The Cocktail Bar c/o Maria Cuello*
*7001 W. 16th St.*
*Berwyn IL  60402*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on   5/20/08
                Date

Signature of Server

c/o Metro Service Inc.   4647 W 103rd St
Address of Server        Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.