I.D. 06184818                                                                  File No. 3900-029

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| **KING VISION PAY PER VIEW, LTD.,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **08 C 2583** |
| **EDMUNDO CUELLO, individually and d/b/a** ) | |
| **THE COCKTAIL BAR, INC., d/b/a** ) | |
| **FUGGEDABOUDIT and THE COCKTAIL** ) | |
| **BAR, INC., d/b/a FUGGEDABOUDIT** ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:**   Edmundo Cello
         The Cocktail Bar d/b/a Fuggedaboudit
         7001 W. 16th Street
         Berwyn, Illinois 60402

**PLEASE TAKE NOTICE** that on July 22, 2008 at 9:30 A.M. or as soon thereafter as counsel may be heard, I will appear before the Honorable Joan Lefkow or any Judge sitting in her stead in room 1925 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion.

                                                //s/ Zane D. Smith
                                                Zane D. Smith

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, IL 60610
(312) 245-0031
(312) 245-0022 - Fax

## CERTIFICATE OF SERVICE

I, Zane D. Smith, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on July 14, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. A copy has also been sent by U.S. Mail to the above named addressee. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                                //s/ Zane D. Smith
                                                Zane D. Smith