UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

King Vision Pay Per View, Ltd.
                        Plaintiff,

v.                                              Case No.: 1:08−cv−02583
                                                Honorable Joan H. Lefkow

Edmundo Cuello, et al.
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 7/22/2008. Plaintiff's motion for default [10] is granted. Default is entered against defendants Edmundo Cuello, individually and d/b/a The Cocktail Bar, Inc., d/b/a Fuggedaboudit and The Cocktail Bar, Inc., d/b/a Fuggedaboudit. In Court hearing on prove−up is set for 8/26/2008 at 10:00 AM. Status hearing held on 7/22/2008 and continued to 8/26/2008 at 10:00 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.