I.D. 06184818                                                                                                          File No. 3900-029

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | |
|---|---|
| **KING VISION PAY PER VIEW, LTD.,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **08 C 2583** |
| **EDMUNDO CUELLO, individually and d/b/a** ) | |
| **THE COCKTAIL BAR, INC., d/b/a** ) | |
| **FUGGEDABOUDIT and THE COCKTAIL** ) | |
| **BAR, INC., d/b/a FUGGEDABOUDIT** ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR PROVE-UP**

*COMES NOW* the Plaintiff, KING VISION PAY PER VIEW, LTD., by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD. and moves this Honorable Court for the entry of a Prove-up Order against EDMUNDO CUELLO, individually and THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT and in support thereof, states as follows:

1.   That on July 22, 2008 this Honorable Court entered default judgment against the Defendants and set this matter for prove up.

2.   That this matter is brought pursuant to the Communications Act of 1934, 47 U.S.C. § 151 et seq. as amended by the Cable Communications Policy Act of 1984, 47 U.S.C. § 521 et seq and the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.;

.   That the aforesaid Act provides for statutory liquidated damages to wit:

a)   Sixty Thousand ($60,000.00) Dollars for each violation of Section 553 of the Cable Communications Act;

b)   One Hundred Ten Thousand ($110,000.00) Dollars for each violation of Section 6504 of the Copyright Act:

      3.      That in the instant matter, there were one (1) violation of the aforesaid provisions of the Cable Communication Act; See the Affidavit of the Investigator, attached hereto and made a part hereof, marked "Plaintiff's Exhibit A;"

      4.      That Plaintiff is therefore entitled to One Hundred Seventy Thousand and No/100 ($170,000.00) Dollars as Statutory liquidated damages.

      5.      That Plaintiff is further entitled to Two Thousand Five Hundred Eight One and 25/100 ($2,581.25) Dollars for attorney's fees and costs; See Affidavit of Plaintiff's Counsel, Zane D. Smith, attached hereto and made a part hereof, marked "Plaintiff's Exhibit B."

      8.      That Plaintiff is entitled to statutory damages, in the amount of $170,000.00 plus attorneys and fees and costs of $2,581.25 totaling $172,581.25.

      *WHEREFORE,* the Plaintiff, KING VISION PAY PER VIEW, LTD., respectfully prays this Honorable Court for the entry of an Order in Plaintiff's favor and against the defendants, EDMUNDO CUELLO, individually and THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT in the amount of amount of $172,581.25 and for such other relief as this Court deems just and right.

      Respectfully submitted,

      ZANE D. SMITH & ASSOCIATES, LTD.

      By:    /s/ Zane D. Smith
             Zane D. Smith, Plaintiff's Attorney

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, Illinois   60610
Phone: 312 245-0031
Attorney I.D.  06184814

STATE OF Illinois
COUNTY OF Cook

## AFFIDAVIT

I, the undersigned, being duly sworn according to law deposes and says, that on May 14, 2005, 2004 at
(date)
10:37 pm p.m./a.m, I entered the Fuggedeboudit
(time)                          (trade name of establishment)

located at 7001 16th St, Berwyn, IL 60402 .
(street address, city, state, zip code)

I paid a cover charge of $ 0 to enter this establishment. I ordered 0 Drink(s) from the

Bartender/ Barmaid/ Waitress who was described as female bartender named Jessica
(name, sex, age, ethnicity, distinguishing characteristics)

I observed 3 televisions located inside this establishment. The televisions can be
(total # of TVs)

described as follows: gray flat panel TV's located
(make, model, and size of each TV)

on the walls above the bar .
(specific location of each TV)

At the time I was inside the above establishment, I observed the following program on the above televisions: _____
Trinidad vs Wright boxing match in the 5th round, in a blue boxing ring, 1st boxer wore red/white shorts, 2nd boxer wore black shorts.

(names of fighters or commentators, trunk colors of each fighter/attire of commentators, time remaining in round)

I also observed the following distinguishing items inside the establishment: _____
a Soundwave juke box on the left side of the bar, a pool table, and 2 casino machines

(posters, decorations, pool tables, memorabilia, etc.)

This establishment rates Good .
(Good, Fair, Poor)

The capacity of this establishment is approximately ___15___ people. At the time of my appearance I counted the number of patrons three (3) separate times. The head counts were ___15___, ___15___, ___15___.

I left the above establishment at ___10:41 pm___ p.m./a.m on ___May 14, 2005___.
                                   (time)                              (date)

I also observed the following license plates in the parking lot
1) ___Y635950___   2) ___5739997___   3) ___6809405___
4) ___1873751___   5) ___7072052___   6) ___2035524___

Date: ___5/17/05___

___[signature]___
Signature of Investigator

___Tiffany Taylor___
Name of Investigator (Printed)

_____
Investigative Agency

___(708) 841-4746___
Telephone Number of Agency

**NOTARY**

On ___May 17, 2005___, before me, ___Norma J. Taylor___ Notary Public, personally appeared ___Tiffany Taylor___ [ NJT ] personally known to me ----or---- [] proved to me NJT on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity and that by his/her signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

___Norma J. Taylor___
Signature of Notary

"OFFICIAL SEAL"
Norma J. Taylor
Notary Public, State of Illinois
My Commission Exp. 10/05/2008



# CHECKLIST FOR DISCOVERED PIRATE
## Federal Anti-Piracy Assignment

1. My Name and Date of Birth: **Tiffany Taylor Nov. 26, 1978**

2. My Company Name (if any): **Taylor Business Solutions**

3. Pirate's Name & Address (Commercial Establishment):
**Fuggedeboudit 7001 16th St, Berwyn, IL 60402**

**NOTE: IT IS IMPORTANT TO NOTE THE COMPLETE NAME AND ADDRESS, INCLUDING <u>STREET NUMBER</u>, CITY, STATE AND ZIP CODE. PLEASE INCLUDE NORTH, SOUTH, EAST, WEST, AVENUE, STREET, BOULEVARD, ETC. WHEN FILLING OUT THE STREET ADDRESS.**

4. Did the establishment advertise or promote the telecast in any way? If so, please describe any banners, flyers, posters or any other promotion you observed.
**No**

5. Was there an admission or cover charge? **No**

   If so, how much? _____

6. During my visit to the establishment, I observed the boxing match featuring **Trinidad** (First Boxer) vs. **Wright** (Second Boxer).
The first boxer's trunks are colored: **red and white**.
The second boxer's trunks are colored: **black**.
The portion of the broadcast of the fight appeared to be in the **5th** round.
I also observed that the ring mat displayed the **MGM Grand** logo and that the corner posts displayed the **MGM Grand** logo.

7. During my visit to the establishment, I observed the announcers discussing the fight card. The announcers were wearing _____.
I noticed that the _____ logo appeared on their microphones.
Specifically, the announcers were talking about _____

8. I observed a total of **3** television sets.

Copyright © 2001

**CHECKLIST: Page 2**

9.  Of the __3__ television sets that I observed, __1__ were displaying the telecast. __1__ number of the TV's I observed were big screens.

10. Provide a detailed description of at least one employee (name, gender, physical description and if possible, that employee's position with the establishment):

    female, white, dark hair bartender named Jessica

11. Establishment description (interior/exterior, unique features, pool table, lighting, decorations, etc.)

    A soundwave juke box on the left side of the bar, a pool table, a 2 casino machines

Copyright © 2001

# AFFIDAVIT OF ZANE D. SMITH
## IN SUPPORT OF THE PETITION FOR FEES

I, Zane D. Smith of the law firm of Zane D. Smith & Associates, Ltd., attorney for the Plaintiff, King Vision Pay Per View, Ltd., being duly sworn depose and state that if called to testify before this Honorable Court I would competently testify that the firm of Zane D. Smith & Associates, Ltd., has incurred the following time and expenses in the prosecution of the matter of King Vision Pay Per View, Ltd., v. Cuello, et al., cause number 08 C 2583:

| Date | Description | Provider | Time |
|---|---|---|---|
| 5/5/08 | Preparation of Complaint | ZDS | 3.00 |
| 5/6/08 | Preparation of Summons and required District Court documents; electronic filing of Complaint, etc. | PAM | 1.00 |
| 6/9/08 | Telephone conference with Metro Service regarding service on Defendants. | PAM | .25 |
| 7/3/08 | Electronic filing of Executed Summons | PAM | .25 |
| 7/7/2008 | Check Court computer for status of appearances | PAM | .25 |
| 7/8/2008 | Attendance at Court for status hearing | AO | 1.00 |
| 7/11/08 | Preparation of Motion for Default | ZDS | 1.00 |
| 7/2208 | Attendance at Court for motion for default | AO | 1.00 |
| 8/22/08 | Preparation of Prove-up documents | PAM | 1.50 |
| 8/22/08 | Review of Prove-up documents | ZDS | .50 |
| 8/25/08 | Electronic Filing of Prove-up documents | PAM | .50 |

| 8/26/08 | Attendance at Court on Prove-up documents | JAK | 1.00 |

| | |
|---|---|
| **Total Attorney (ZDS;JAK;AO)  Hours = 7.50 hours at $250.00 per hour:** | $1875.00 |
| **Total Paralegal (PAM) Hours = 3.75 hours at $75.00 per hour:** | $ 281.25 |
| **Total Attorney's and Paralegal Fees:** | $2,156.25 |

Expenses
Filing Fee                $350.00
Service of Summons    $ 75.00

**Total Expenses:**                                                                $2581.25

**TOTAL ATTORNEYS' FEES, PARALEGAL FEES & EXPENSES**         <u>$2581.25</u>

Further Affiant Sayeth Not

_____
Zane D. Smith

Subscribed and sworn to before me
this 25th Day of August, 2008

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA A MEINKE
COMMISSION EXPIRES 07/02/09