# United States District Court

## Northern District of Illinois
### Eastern Division

King Vision Pay Per View, Ltd.        **JUDGMENT IN A CIVIL CASE**

       v.        Case Number: 08 C 2583

Cuello

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of the plaintiff and against the defendants in the amount of $7,081.25.

 

Michael W. Dobbins, Clerk of Court

Date: 9/2/2008        _____

                             /s/ Michael Dooley, Deputy Clerk